| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-16830-PMM**

MATTHEW D. WORKOFF
2360 S. 9TH STREET
ALLENTOWN  PA    18103

Petition Filed Date: 09/21/2015
341 Hearing Date: 12/15/2015
Confirmation Date: 12/15/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $594.00 | 3093135 | 02/05/2019 | $594.00 | 3093279 | 03/06/2019 | $594.00 | 3093410 |
| 04/02/2019 | $594.00 | 3087074 | 05/06/2019 | $594.00 | 3100526 | 06/05/2019 | $594.00 | 3111678 |
| 07/08/2019 | $594.00 | 3111748 | 08/07/2019 | $594.00 | 3114812 | 09/04/2019 | $594.00 | 3124780 |
| 10/04/2019 | $594.00 | 3124719 | 11/05/2019 | $594.00 | 3129395 | 12/05/2019 | $594.00 | 3124330 |
| 01/06/2020 | $594.00 | 3124519 | 02/04/2020 | $594.00 | 3147144 | 03/04/2020 | $594.00 | 3146915 |
| 04/03/2020 | $594.00 | 3146945 | 05/05/2020 | $594.00 | 3147035 | 06/03/2020 | $594.00 | 3158735 |
| 07/07/2020 | $594.00 | 3147267 | 08/05/2020 | $594.00 | 3158832 | | | |

**Total Receipts for the Period: $11,880.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,778.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 001 | Unsecured Creditors | $2,224.97 | $0.00 | $2,224.97 |
| 3 | CERASTES LLC<br>»» 003 | Unsecured Creditors | $4,828.45 | $0.00 | $4,828.45 |
| 10 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 010 | Mortgage Arrears | $25,011.03 | $24,973.47 | $37.56 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $1,737.34 | $0.00 | $1,737.34 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,363.43 | $0.00 | $1,363.43 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $409.82 | $0.00 | $409.82 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $502.93 | $0.00 | $502.93 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $2,995.39 | $0.00 | $2,995.39 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $956.71 | $0.00 | $956.71 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $6,002.19 | $0.00 | $6,002.19 |
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | DAVID S GELLERT, ESQ<br>»» 012 | Attorney Fees | $2,619.22 | $2,619.22 | $0.00 |

Chapter 13 Case No. 15-16830-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,778.00 | Current Monthly Payment: | $594.00 |
| Paid to Claims: | $27,592.69 | Arrearages: | ($594.00) |
| Paid to Trustee: | $2,650.71 | Total Plan Base: | $31,372.00 |
| Funds on Hand: | $534.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.