United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 15-16830-pmm

Matthew D. Workoff                                                                    Chapter 13
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4                                       User: Adminstra                                       Page 1 of 3

Date Rcvd: Nov 13, 2020                             Form ID: 138NEW                               Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew D. Workoff, 2360 S. 9th Street, Allentown, PA 18103-6612 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13601623 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, The Home Depot, P.O. Box 653000, Dallas, TX 75265 |
| 13836886 | + | David S. Gellert, Esquire, 1244 Hamilton Street, Allentown, PA 18102-4699 |
| 13639641 | | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 13601616 | + | GreenTree Servicing LLC, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 13804650 | + | Manager, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103-4774 |
| 13624883 | + | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13601619 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103 |
| 13804649 | + | Robert N. Polas, Esquire, Portfolio Recovery Associates LLC, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 13601620 | + | Sears, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13601621 | + | Staples Credit Plan, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 14467630 | + | THE BANK OF NEW YORK MELLON, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14467247 | + | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14015453 | + | The Bank of New York Mellon, et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 13601625 | + | US Airways Mastercard, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 13614733 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 13601627 | + | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2020 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 14 2020 04:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 14 2020 04:15:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Nov 14 2020 03:30:55 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13619513 | + | Email/Text: bncmail@w-legal.com | Nov 14 2020 04:15:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, |

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 138NEW | Total Noticed: 38 |

SEATTLE, WA 98121-3132

| 13608836 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|---|---|---|
| | Nov 14 2020 04:08:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13601615 | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | Nov 14 2020 03:29:16 | Amazon.com, Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 13601617 | + Email/PDF: gecsedi@recoverycorp.com | |
| | Nov 14 2020 03:30:55 | Lowe's, P.O. Box 981064, El Paso, TX 79998-1064 |
| 13623997 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | Nov 14 2020 10:14:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13601618 | + Email/PDF: gecsedi@recoverycorp.com | |
| | Nov 14 2020 03:29:16 | PayPal Credit, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 13602549 | Email/PDF: rmscedi@recoverycorp.com | |
| | Nov 14 2020 03:29:17 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14217339 | + Email/Text: bncmail@w-legal.com | |
| | Nov 14 2020 04:15:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13601622 | + Email/PDF: gecsedi@recoverycorp.com | |
| | Nov 14 2020 03:29:16 | Synchrony Bank, P.O. Box 965020, Orlando, FL 32896-5020 |
| 14036755 | + Email/Text: BKBCNMAIL@carringtonms.com | |
| | Nov 14 2020 04:08:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 13601624 | + Email/PDF: gecsedi@recoverycorp.com | |
| | Nov 14 2020 03:30:55 | Toys R Us, Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 13601626 | + Email/PDF: gecsedi@recoverycorp.com | |
| | Nov 14 2020 03:29:16 | WalMart, P.O. Box 981416, El Paso, TX 79998-1416 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | *+ | The Bank of New York Mellon, et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020                     Signature:          /s/Joseph Speetjens

| District/off: 0313-4 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Nov 13, 2020 | Form ID: 138NEW | Total Noticed: 38 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Matthew D. Workoff dsgatn@rcn.com r46641@notify.bestcase.com |
| MARY F. KENNEDY | on behalf of Creditor Ditech Financial LLC as authorized servicer for CWABS, Inc., Asset-Backed Certificates, Series 2006-23, as owner and holder of account/contract originated by Countrywide Home Loans, Inc. mary@javardianlaw.com, angie.harrigan@javardianlaw.com |
| MARY F. KENNEDY | on behalf of Creditor DITECH FINANCIAL LLC mary@javardianlaw.com angie.harrigan@javardianlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Matthew D. Workoff

Debtor(s)

Bankruptcy No: 15−16830−pmm

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 11/13/20

51 − 48, 50
Form 138_new