**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                    :

MATTHEW D. WORKOFF,          :          BANKRUPTCY NO. 15-16830 pmm
                                          :          CHAPTER 13
              Debtor(s)                   :

## CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

Part I. *Certification Regarding Domestic Support Obligations*

    Pursuant to 11 U.S.C. Section 1328(a), I certify that:

<u>X</u>    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

____    I am or have been required to payu a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

Part II.  *If you checked the second box, you must provide the information below:*

My current address:_____
_____

My current employer and my employer's address:_____
_____

Part III.  *Certification Regarding Section 522(q)*

<u>X</u>    I have not claimed an exemption pursuant to Section 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in Section 522(p)(1), that exceeds $155,675.00 in value in the aggregate.

____    I have claimed an exemption in property pursuant to Section 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in Section (522)(p)(1), and (2) that exceeds $155,675.00 in value in the aggregate.

Part IV *Debtor's signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated: December 16, 2020                          s/Matthew D. Workoff_____
                                                  Matthew D. Workoff