United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Matthew D. Workoff  
    Debtor(s)

Case No. 15-16830-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 30, 2020      Form ID: 195      Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew D. Workoff, 2360 S. 9th Street, Allentown, PA 18103-6612 |
| cr | + | The Bank of New York Mellon, et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Dec 31 2020 02:32:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Dec 31 2020 02:30:41 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 31 2020 02:32:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:

**Name**      **Email Address**

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 195 | Total Noticed: 5 |

DAVID S. GELLERT
 on behalf of Debtor Matthew D. Workoff dsgatn@rcn.com  r46641@notify.bestcase.com

MARY F. KENNEDY
 on behalf of Creditor Ditech Financial LLC  as authorized servicer for CWABS, Inc., Asset-Backed Certificates, Series 2006-23, as owner and holder of account/contract originated by Countrywide Home Loans, Inc. mary@javardianlaw.com, angie.harrigan@javardianlaw.com

MARY F. KENNEDY
 on behalf of Creditor DITECH FINANCIAL LLC mary@javardianlaw.com angie.harrigan@javardianlaw.com

REBECCA ANN SOLARZ
 on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Matthew D. Workoff                                           : Case No. 15−16830−pmm
      Debtor(s)

### ORDER
_____

    AND NOW, this day , 30th December 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                              By The Court

                                              Patricia M. Mayer
                                              Judge , United States Bankruptcy Court